# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

CARL TAYLOR, JR.,

      Plaintiff,

v.                          CASE NO.  5:21cv155-RH-MJF

TERRY RHODES,

      Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders." The clerk must close the file.

SO ORDERED on January 5, 2022.

                          s/Robert L. Hinkle_____
                          United States District Judge